UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:  
    KENNETH JOSEPH OSTENDORF  
    TERESA ANN OSTENDORF  
                                    Debtors

CASE NO: 04-37904  
        (Chapter 13)

JUDGE LAWRENCE S. WALTER

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4024831**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 13/ 23 | TIME WARNER CABLE<br>BOX 741846<br>CINCINNATI, OH  45274 | 30.31 |

/s/ Jeffrey M. Kellner  
Jeffrey M. Kellner  0022205  
Chapter 13 Trustee  
131 N LUDLOW ST   SUITE 900  
DAYTON, OH  45402-1161  
(937)222-7600   Fax (937)222-7383  
email: chapter13@dayton13.com

Dated: 7/27/2010

Certificate of Service  04-37904

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

KENNETH JOSEPH OSTENDORF
TERESA ANN OSTENDORF
4360 BLUE ROCK RD
DAYTON, OH  45432

HAROLD W WAMPLER I I I
1343 WOODMAN DR
STE B
DAYTON, OH  45432

(38.1n)
ECAST SETTLEMENT CORPORATION
BOX 35480
NEWARK, NJ  07193

(34.1n)
EMC MORTGAGE CORP
PO BOX 829009
DALLAS, TX  75382

(35.1n)
EMC MORTGAGE CORPORATION
MCARTHUR RIDGE 2
909 HIDDEN RIDGE DR STE 200
IRVING, TX  75038

(44.1n)
GREGORY A STOUT
REISENFELD & ASSOCIATES
3962 RED BANK RD
CINCINNATI, OH  45227

(33.1n)
LARA ARMSTRONG
%MCCALLA,RAYMER,PADR,COBB,NICH
1544 OLD ALABAMA, RD.
ROSWELL, GA  30076

(45.1n)
LINH TRAN
2101 FOURTH AVE
SUITE 900
SEATTLE, WA  98121

(39.1n)
MATTHEW H GRIFFITH
ANDREWS DAVIS
100 N BROADWAY STE 3300
OKLAHOMA CITY, OK  73102

(36.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

(30.1n)
RYAN J RUEHLE
810 SYCAMORE ST
4TH FLOOR
CINCINNATI, OH  45202

(23.1)
TIME WARNER CABLE
BOX 741846
CINCINNATI, OH  45274

(37.1n)
WASHINGTON MUTUAL BANK FA
7800 N 113TH ST
MAILSTOP MWIB201
MILWAUKEE, WI  53224

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner                    bl